FILED

03/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0702

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0702

STATE OF MONTANA,

  Plaintiff and Appellee,

v.

JOHN DANIEL FAILS JR,

  Defendant and Appellant.

## ORDER

  Upon consideration of Appellant's motion for extension of time, and good cause appearing,

  IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 19, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2023